**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KIM MONTGOMERY**                                                                                           **PLAINTIFF**

**V.                              CASE NO. 4:09CV00881 JLH/BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                      **DEFENDANT**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is reversed and remanded.  On remand, the Commissioner is directed to make postural limitation findings regarding Plaintiff's residual functional capacity, and if necessary, seek additional vocational expert testimony regarding the jobs existing in the economy which Plaintiff is capable of performing.

IT IS SO ORDERED this 24th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE