**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KIM MONTGOMERY**                                                                               **PLAINTIFF**

**V.**                           **CASE NO. 4:09CV00881 JLH/BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

In accordance with the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 24th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE