**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KIM MONTGOMERY                                                                                    PLAINTIFF

v.                                       NO. 4:09CV00881 JLH/BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

The plaintiff has requested an award of attorney's fees in the amount of $3,831.95. The defendant has responded by stating that he has no objection to the request. The request for an award of attorney's fees in the amount of $3,831.95 is therefore granted. Document #18. The Court orders that the fee award be paid directly to plaintiff's counsel unless the Commissioner determines that the plaintiff owes an outstanding debt to the federal government.

IT IS SO ORDERED this 2nd day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE